## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CARINI, | ) | |
| | ) | No.    17 CV 8687 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Ellis |
| | ) | |
| JAMES GENTILCORE, | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## NOTICE OF UNOPPOSED MOTION

To:   Counsel of Record

**PLEASE TAKE NOTICE** that on January 8, 2018, the undersigned filed Defendant's Unopposed Motion for an Extension of Time to Answer Plaintiff's Complaint with the Clerk of the United States District Court for the Northern District of Illinois via ECF. A copy of that document is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall appear before the Honorable Sara L. Ellis, or before such other Judge sitting in her place, on January 11, 2018 at 1:45pm, or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

Respectfully submitted,

*/s/ Brian F. Kolp*
BRIAN F. KOLP
Assistant Attorney General
General Law Bureau, Civil Rights Unit
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
bkolp@atg.state.il.us
(T) 312.814.5137
(F) 312.814.4425