IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CARINI, | ) | |
| | ) | No. 1:17-cv-08687 |
| Plaintiff, | ) | |
| | ) | Hon. Sara L. Ellis, |
| v. | ) | United States District Judge |
| | ) | |
| Former Illinois State Police Sergeant | ) | Hon. Jeffrey Cole, |
| JAMES GENTILCORE, | ) | United States Magistrate Judge |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

**NOTICE OF SERVICE OF**
**PLAINTIFF'S RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS**

  PLEASE TAKE NOTICE that, on March 5, 2018, the undersigned counsel served Plaintiff's Responses to Mandatory Initial Discovery Requests via electronic mail addressed to counsel for Defendant.

             Respectfully submitted,

             /s/ Karl Leonard

Jon Loevy
Elizabeth Mazur
Karl Leonard
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

  I, Karl Leonard, an attorney, certify that on March 5, 2018, I caused the foregoing Notice of Service to be filed via the Court's CM/ECF system, thereby serving it upon all counsel of record.

               Respectfully submitted,

                /s/ Karl Leonard