**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM CARINI, | ) | |
| | ) | No. 1:17-cv-08687 |
| Plaintiff, | ) | |
| | ) | Hon. Sara L. Ellis, |
| v. | ) | United States District Judge |
| | ) | |
| JAMES GENTILCORE, | ) | Hon. Jeffrey Cole, |
| | ) | United States Magistrate Judge |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: Counsel of Record

Please take notice that on Tuesday, May 1, 2018, at 9:45 a.m. or as soon thereafter as counsel may be heard, counsel shall appear before Judge Ellis in the court room usually occupied by her at 219 South Dearborn, Chicago, Illinois and then and there present Joint Motion For Confidentiality Order.

Respectfully submitted,

/s/Karl Leonard
One of Plaintiffs' Attorneys

Jon Loevy
Elizabeth Mazur
Karl Leonard
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

1

2

## **CERTIFICATE OF SERVICE**

I, Karl Leonard, an attorney, hereby certify that on April 24, 2018, I filed the foregoing NOTICE OF MOTION using the Court's CM/ECF system, which effected service on all counsel of record.

                                                           __/s/ Karl Leonard_____
                                                           *Attorney for Plaintiff*