# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Carini v. Gentilcore                Case Number: 17-cv-8687

An appearance is hereby filed by the undersigned as attorney for:
James Gentilcore

Attorney name (type or print):  Erin Walsh

Firm:    Office of the Illinois Attorney General

Street address:     100 W. Randolph St., 13th Floor

City/State/Zip:    Chicago, IL 60601

Bar ID Number: 6311433            Telephone Number:    (312) 814-6122
(See item 3 in instructions)

Email Address: ewalsh@atg.state.il.us

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/15/18

Attorney signature:     S/ Erin Walsh
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015