## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

William Carini

                    Plaintiff,

v.                                              Case No.: 1:17−cv−08687
                                                      Honorable Sara L. Ellis

James Gentilcore

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 31, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Defendant's unopposed motion for extension of fact discovery [27] is granted. The parties' final supplementation of MIDP is due by 10/30/18 and fact discovery closes on 11/30/18. The Court strikes the status date set for 9/26/18 and resets it to 12/5/18 at 9:30 a.m.Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.