## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

William Carini
                            Plaintiff,

v.                                                  Case No.: 1:17−cv−08687
                                                    Honorable Sara L. Ellis

James Gentilcore
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 3, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Motion to extend fact discovery [36] is granted. The Court extends fact discovery through 2/8/19. The Court strikes the status date set for 12/5/18 and resets it to 2/12/19 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.