# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

William Carini

                     Plaintiff,

v.

James Gentilcore

                     Defendant.

Case No.: 1:17−cv−08687
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2020:

    MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 2/4/2020. Defendant's counsel appears and reports that case is settled and are waiting on Plaintiff to execute the agreement. Status hearing set for 3/25/2020 at 9:30 AM. If stipulation to dismiss is filed prior to status date, no appearance is required. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.