IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CARINI, | ) | |
| | ) | No. 17 CV 8687 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Ellis |
| | ) | |
| JAMES GENTILCORE, | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## STIPULATION TO DISMISS

NOW COME the Plaintiff, William Carini, by his attorneys, Daniel J. Stohr and Loevy & Loevy, and the Defendant, James Gentilcore, by his attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendant agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

_William Carini_      SepT 7th 2020
Plaintiff      Date
William Carini

_/s/ Jon Loevy_      _/s/ Erin Walsh_
Jon Loevy      Erin Walsh
Karl Leonard      Assistant Attorney General
Counsel for Plaintiff      Counsel for Defendant
Loevy & Loevy      Illinois Attorney General's Office
311 N. Aberdeen St., 3rd Fl.      100 West Randolph Street, 13th Floor
Chicago, Illinois 60607      Chicago, Illinois 60601
(312) 726-1180      (312) 814-6122

Date: 9-14-2020      Date: 10/1/20